DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LIGIA COLCERIU,**
Appellant,

v.

**INFLUIZE LTD** and **ALEXA COLLINS,**
Appellees.

Nos. 4D21-2690 & 4D22-1261

[May 25, 2023]

Consolidated appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Ashley Zuckerman and Bradley Harper, Judges; L.T. Case No. 502021CA004891XXXMB.

Bogdan Enica of Practus LLP, Miami, for appellant.

Joshua Truppman of Brodsky Fotiu-Wojtowicz, PLLC, Miami, for appellee Influize Ltd.

Ian M. Ross and Jorge Perez Santiago of Stumphauzer Foslid Sloman Ross & Kolaya, PLLC, Miami, for appellee for Alexa Collins.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***